# United States District Court
## Violation Notice

Loc. Code: **NJ 52**
Violation No.: **V614080**

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: **5-27-02 1938**
Offense Charged: **38 CFR 1.218 (b)(18)**
Place of Offense: **Ward 5-D Room 5-290 Bed #12**
Offense Description: **Unauthorized introduction on V.A. controlled property of narcotic drugs, hallucinogens, marijuana, barbiturates or amphetamines or the unauthorized giving of same to patients**

Print Officer Name: **Alan Jean-Philippe**
Officer No.: **3405**

Defendant's Last Name: **HARRIS**
First Name: **KENNETH**
MI: **H**

Street Address: **20 Hitchcock Pl.**
City: **Montclair**
State: **NJ**
Zip Code: [illegible]

Driver's License No.: [blank]
D.L. State: **NJ**

### VEHICLE DESCRIPTION
Vehicle Tag No. | Vehicle Tag State | Year | Vehicle Make | Vehicle Color

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
☐ I wish to terminate this matter by paying the collateral shown below, enclosed.
☐ I plead not guilty and promise to appear as required.

Court Address: **U.S. District Court, Broad St., Newark, N.J.**
YOUR COURT DATE — Date: **7-25-02** Time: **0900**

Collateral (fine): [blank]
For payment by credit card, SEE INSTRUCTIONS

Original - CVB Copy
VA FORM 9019, MAY 1997(R)

V614080

---

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on **5/27 x 02** while exercising my duties as a law enforcement officer in the District of **NJ**:

**I OBSERVE OFFENDER STEVEN BATTLE EXCHANGING A SMALL WHITE BAG CONTAINING CONTROL SUBSTANCE WITH KENNETH HARRIS**

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **5/27/02** — Officer's Signature: [signed] Alan Jean-Philippe

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date — U.S. Magistrate Judge